DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLSAINTS USA LIMITED, an England limited company; and DOES 1 to 10, inclusive,<br><br>Defendants. | No. 2:20-CV-01354 MCE CKD<br><br>**ORDER GRANTING REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Judge: Morrison C. England, Jr.<br>Date Action Filed: July 6, 2020<br><br>Trial Date: None Set |

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

= 1115898100

1  Upon considering the parties' Stipulation and Request to Extend Time to
2  Respond to the Complaint:
3  IT IS HEREBY ORDERED THAT the deadline for Defendant AllSaints
4  USA Limited to respond to the Complaint in this case shall be extended to
5  December 10, 2020.
6  IT IS SO ORDERED.

Dated:  November 12, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

- 2 -

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT

= 1115898100115898100